## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                       NO. 4:08CR00319-001 SWW

CHAD LANGSTON                                               DEFENDANT

### ORDER

The above entitled cause came on for hearing March 18, 2014 on the government's superseding petition to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant and testimony of the witness, the Court found that defendant has violated the conditions of supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the government's motion to revoke supervised release [doc #53] is *granted* and the supervised release previously granted this defendant, hereby, is *revoked*.

IT IS FURTHER ORDERED that defendant shall serve a *term of TWENTY-ONE (21) MONTHS imprisonment in the custody of the Bureau of Prisons to run concurrent to defendant's state sentence of forty-eight months imprisonment*. The Court recommends that defendant be incarcerated in Texarkana, Texas and participate in substance abuse treatment and mental health counseling during incarceration.

There will be *FIVE (5) YEARS of supervised release minus the term of imprisonment* following the term of incarceration. Defendant shall follow all standard conditions of supervised

release.   All other conditions of supervised release previously imposed in defendant's Judgment [doc #34]  remain in full force and effect.

The defendant is remanded to the custody of the U. S. Marshal Service.

IT IS SO ORDERED this 19th day of March 2014.

/s/Susan Webber Wright

United States District Judge