**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                PLAINTIFF

vs.                                   NO. 4:08CR00319-001 SWW

CHAD LANGSTON                                                                             DEFENDANT

**AMENDED ORDER**

The above entitled cause came on for hearing March 18, 2014 on the government's superseding petition to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. A judgment in this matter was entered revoking the defendant's supervised release and sentencing defendant to a term of twenty-one months imprisonment in the custody of the Bureau of Prisons to run concurrent to defendant's state sentence of forty-eight months imprisonment. The Court has determined that the term of supervised release should be modified to reflect that there will be *THREE (3) YEARS of supervised release* following the term of incarceration. Defendant shall follow all standard conditions of supervised release. All other terms and conditions of the judgment entered March 19, 2014 [doc #55] remain in full force and effect.

IT IS SO ORDERED this 14th day of April 2014.

/s/Susan Webber Wright

United States District Judge